**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN NIEVES,** | § | |
| **Movant,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-24-MC-00136-DB** |
| **SOCIAL SECURITY** | § | |
| **ADMINISTRATION, Office of the** | § | |
| **Inspector General/Attn: Special Agent** | § | |
| **Heather Lampos,** | § | |
| **Respondent.** | § | |

<u>**ORDER ON MOVANT'S MOTION FOR ORDER AND RESPONDENT'S MOTION TO
ENFORCE AN ADMINISTRATIVE SUBPOENA**</u>

On this day the Court considered Movant Juan Nieves' ("Movant's") "Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978," filed on April 23, 2024, ECF No. 1, and Respondent Social Security Administration's "Motion to Enforce an Administrative Subpoena," ECF No. 9, filed on May 20, 2024.

After considering the Motions, the Court finds that Movant has failed to demonstrate that the financial records sought are not relevant to a legitimate law enforcement inquiry. Further, Movant was untimely in his filing.

**IT IS HEREBY ORDERED** that Movant Juan Nieves' "Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978," ECF No. 1, is **DENIED.**

**IT IS FURTHER ORDERED** that Respondent Social Security Administration's "Motion to Enforce an Administrative Subpoena," ECF No. 9, is **GRANTED.**

**IT IS FINALLY ORDERED** that Respondent shall be granted access to the financial records at issue no earlier than fourteen (14) days after entry of this order.

SIGNED this 22ⁿᵈ day of **May 2024**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**